IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADFORD CANNON,** | : | |
| Petitioner | : | |
| | : | No. 1:21-cv-854 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN J.L. JAMISON,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 12th day of October 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is **DENIED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                             s/ Sylvia H. Rambo
                                              United States District Judge